Joseph PIRELA, Plaintiff-Appellant,

v.

Angel Jose MIRANDA; Lydia Nicole
Roberts; Ethiel Calderon,
Defendants-Appellees.

No. 16-2356

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Joseph Pirela, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Pirela appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as frivolous. Pirela previously filed an untimely notice of appeal from this same district court order, which we dismissed for lack of jurisdiction. He now has filed a second notice of appeal. The second notice of appeal is similarly untimely. Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED